UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x

PEDRO LIZ, on behalf of himself and
all others similarly situated,

        Plaintiff,

-against-

ETL OF NEW YORK, INC.,

        Defendants.

--------------------------------------x

Civil Action No.

1:24-cv-9498

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

Plaintiff, Pedro Liz, and Defendant, Etl of New York, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: April 1, 2025

By: _____
Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____
Nathaniel L. Delucia, Esq.
*Attorneys for Defendant*
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
T: (212)-909-3173
Nathaniel.delucia@kirkland.com

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    April 1, 2025        SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE